IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIRECT ENERGY BUSINESS MARKETING, LLC AND DIRECT ENERGY BUSINESS, LLC, d/b/a DIRECT ENERGY,<br><br>Plaintiffs,<br>VS.<br><br>WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d/b/a VISTA MEDICAL CENTER EAST<br><br>Defendant. | § § § § § § § § § § § § § | CIVIL ACTION NO. 4:25-cv-3780 |

**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT**

TO THE CLERK OF COURT:

Under Federal Rule of Civil Procedure 55(a), Plaintiffs Direct Energy Business Marketing, LLC, and Direct Energy Business, LLC (collectively, "Direct Energy") respectfully ask the Clerk to enter the default of Defendant Waukegan Illinois Hospital Company, LLC ("Vista Medical Center East" or "Defendant"), and show as follows:

1. On August 12, 2025, Direct Energy filed its original Complaint. Dkt. 1.

2. Service of process was made on Defendant's registered agent via personal delivery on August 22, 2025. Dkt. 6.

3. On August 26, 2025, Direct Energy filed its proof of service. *Id.*

4. Vista Medical Center East failed to appear, answer, or otherwise respond. The time for it to answer or otherwise respond to Plaintiff's Complaint has passed. *See* Fed. R. Civ. P. 12(a)(1)(A), 55(a).

## AUTHORITY

5. In accordance with Fed. R. Civ. P. 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided in these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default."

6. For these reasons, Plaintiff Direct Energy respectfully requests the entry of default against Defendant Vista Medical Center East.

Dated: September 26, 2025

Respectfully submitted,

*/s/ Tyrone L. Haynes*
Tyrone L. Haynes
Texas Bar No. 24076430
Federal ID No. 2303786
**MCDOWELL HETHERINGTON, LLP**
1001 Fannin Street, Suite 2400
Houston, Texas 77002
Telephone: (713) 337-5580
Facsimile: (713) 337-8850
Email: Tyrone.Haynes@mhllp.com
**COUNSEL FOR PLAINTIFFS, DIRECT ENERGY BUSINESS MARKETING, LLC, and DIRECT ENERGY BUSINESS, LLC D/B/A DIRECT ENERGY**