# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DIRECT ENERGY BUSINESS MARKETING, LLC AND DIRECT ENERGY BUSINESS, LLC, d/b/a DIRECT ENERGY | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:25-cv-3780 |
| WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d/b/a VISTA MEDICAL CENTER EAST | § § § § § | |
| Defendant. | § | |

## CLERK'S ENTRY OF DEFAULT

Plaintiffs Direct Energy Business Marketing, LLC, and Direct Energy Business, LLC (collectively, "Direct Energy") has requested that default be entered against Defendant Waukegan Illinois Hospital Company, LLC ("Defendant"). From the record and the Court's file in this action, Defendant has failed to appear, plead, or otherwise defend this action.

Therefore, default is entered against Defendant Waukegan Illinois Hospital Company, LLC as authorized by Federal Rule of Civil Procedure 55(a).

Nathan Ochsner, Clerk of Court

Dated: _____, 2025        By: _____

Deputy Clerk