UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Direct Energy Business Marketing, LLC, et al. | § § | |
| *versus* | § § | Case Number: 4:25−cv−03780 |
| Waukegan Illinois Hospital Company, LLC | § | |

# Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Initial Conference

    Date and Time: 11/5/2025 at 10:45 a.m.

Date: October 31, 2025

    Nathan Ochsner, Clerk