IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIRECT ENERGY BUSINESS MARKETING, LLC AND DIRECT ENERGY BUSINESS, LLC, d/b/a DIRECT ENERGY | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:25-cv-3780 |
| WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d/b/a VISTA MEDICAL CENTER EAST | § § § § § | |
| Defendant. | § § | |

**AFFIDAVIT OF TYRONE L. HAYNES
IN SUPPORT OF PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT**

I, Tyrone L. Haynes, declare as follows:

1. I am authorized to make this affidavit on behalf of Plaintiffs Direct Energy Business Marketing, LLC, and Direct Energy Business, LLC (collectively, "Direct Energy") as their attorney of record and have personal knowledge of the facts set forth in this affidavit.

2. On August 12, 2025, Direct Energy filed its original Complaint against Defendant Waukegan Illinois Hospital Company, LLC ("Vista Medical Center East" or "Defendant"). Dkt. 1.

3. Service of process was made on Defendant's registered agent via personal delivery on August 22, 2025. Dkt. 6.

4. On August 26, 2025, Direct Energy filed its proof of service. *Id.*

5. Vista Medical Center East failed to appear, answer, or otherwise respond. The time for it to answer or otherwise respond to Plaintiff's Complaint has passed. *See* Fed. R. Civ. P. 12(a)(1)(A), 55(a).

6. This affidavit is executed by affiant in accordance with Fed. R. Civ. P. 55(a), for the purpose of enabling Plaintiffs to obtain an entry of default against Defendant for its failure to answer or otherwise defend against the Complaint.

7. Defendant, a Limited Liability Corporation is not an infant or incompetent person.

8. Servicemembers Civil Relief Act: To the best of my knowledge, information, and belief, Defendant is not in military service as defined in 50 U.S.C. § 3911(2) and is not otherwise entitled to the protections of 50 U.S.C. § 3931. If Defendant is an entity, it is not an individual servicemember.

9. I declare under penalty of perjury that the foregoing is true and correct.

Tyrone L. Haynes

SWORN TO AND SUBSCRIBED before me, the undersigned authority on this 27th day of January, 2026.


TERESA TRUONG
Notary ID #131464994
My Commission Expires
February 26, 2026

Notary Public in and for the State of Texas

My Commission Expires: 02/26/2026