United States District Court
Southern District of Texas
**ENTERED**
February 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

|  |  |
|---|---|
| DIRECT ENERGY BUSINESS MARKETING, LLC, *et al* <br>     Plaintiffs, <br><br> *versus* <br><br> WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, *et al* <br>     Defendants. | § § § § § § § § § § § § | Civil Action: 4:25cv3780 |

# Clerk's Entry of Default

It appears upon the representation of the plaintiff and from the record that the following defendant failed to plead or otherwise defend in this case as required by law:

**WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC.**
d/b/a Vista Medical Center East

Therefore, default is entered against the defendant as authorized by Federal Rule of Civil Procedure 55.

Nathan Ochsner,

CLERK OF COURT

DATED: January 28, 2026      By: /s/ Joan Davenport, deputy clerk
                                                  Deputy Clerk