United States District Court
Southern District of Texas
**ENTERED**
October 15, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DIRECT ENERGY BUSINESS MARKETING, LLC AND DIRECT ENERGY BUSINESS, LLC, d/b/a DIRECT ENERGY** | § | |
| ***Plaintiffs,*** | § | |
| **v.** | § | **CIVIL ACTION NO. 4:25-cv-3780** |
| **WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d/b/a VISTA MEDICAL CENTER EAST** | § | |
| ***Defendant.*** | § | |

**FINAL JUDGMENT**

Pending before the Court is Plaintiffs Direct Energy Business Marketing, LLC and Direct Energy Business, LLC's Motion for Default Judgment against Defendant Waukegan Illinois Hospital Company, LLC (d/b/a Vista Medical Center East). Default was entered on January 28, 2026 (Docket Entry #11). After considering the Court's file, the Proofs and Affidavits of Service, the Motion, including the affidavits included therewith, the grounds for default, and the evidence regarding damages, the Court:

**ORDERS** that the Motion for Default Judgment is **GRANTED** and renders final judgment against Waukegan Illinois Hospital Company, LLC (d/b/a Vista Medical Center East) as follows:

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that final judgment is entered for Plaintiffs Direct Energy Business Marketing, LLC and Direct Energy Business, LLC against Defendant Waukegan Illinois Hospital Company, LLC (d/b/a Vista Medical Center East) for the following:

(i) Damages in the amount of $325,518.00;

(ii) Contractual pre-judgment interest from July 9, 2025 through March 6, 2026, in the amount of $38,527.06;

(iii) Ongoing contractual, pre-judgment interest at the rate of $160.53 per diem from and March 7, 2026 to the date of the entry of this Final Judgment;

(iv) Reasonable attorney's fees and expenses incurred by Plaintiffs Direct Energy Business Marketing, LLC and Direct Energy Business, LLC to date in the amount of $18,152.54;

(v) All costs of court expended by Direct Energy Business Marketing, LLC and Direct Energy Business, LLC; and

(vi) Post-judgment interest on the foregoing amounts at the rate of 4.45 % [current federal judgment rate] from the date of judgment until the Final Judgment is paid in full.

All relief not expressly granted herein is **DENIED**, making this a **FINAL JUDGMENT** for all purposes.

SIGNED ON October 15, 2026.

Andrew S. Hanen
U.S. District Judge